Alan R. Solot, Esq.
SBN 006587
2701 E. Speedway STE 203
Tucson, Arizona 85716
520-299-1465
520-299-1482 (fax)
arsolot@gmail.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LUCILLE C. VALDEZ,<br><br>Debtor. | Chapter 7 Case<br><br>No. 4:12-bk-18616-BMW<br><br>**CERTIFICATE OF MAILING AND NO OBJECTION** |

I, Alan R. Solot, state as follows:

1. I am the attorney of record for the Debtor in this contested matter.

2. As the attorney who is primarily responsible for the above-captioned matter, I hereby certify that all noticing in this matter was properly conducted in accordance with Rules 7004 and 9014, Federal Rules of Bankruptcy Procedure, and the local bankruptcy rules. More specifically, I certify that copies of the Motion to Avoid Judicial Liens and the Notice of Debtor's Motion to Avoid Liens were served on the parties or persons listed below on May 11, 2018.

Dated May 11, 2018

/s/ *Alan R. Solot*        SBN 006587
ALAN R. SOLOT
Attorney for Debtor

Copy of the foregoing mailed/transmitted on
May 11, 2018 to:

Stanley J. Kartchner, Esq.
via email: trustee@aztrustee.com

| | |
|---|---|
| 1 | LVNV Funding, LLC<br>Attn: President or Managing Member |
| 2 | 2711 Centerville Rd STE 400<br>Wilmington, DE 19808 |
| 3 | |
| 4 | LVNV Funding, LLC<br>c/o Corporation Service Company |
| 5 | Statutory Agent<br>2338 W Royal Palm Rd STE J |
| 6 | Phoenix, AZ 85021 |
| 7 | Guglielmo & Associates |
| 8 | State Court Attorneys for LVNV Funding, LLC and<br>State Court Attorneys for Professional Investment and Finances, LLC |
| 9 | via email: legal@guglielmolaw.com |
| 10 | Professional Investment and Finances, LLC<br>Attn: President or Managing Member |
| 11 | PO Box 33797<br>Denver, CO 80233 |
| 12 | |
| 13 | Target National Bank<br>c/o TD Bank USA, National Association |
| 14 | Attn: President<br>3901 West 53rd Street |
| 15 | Sioux Falls, SD 57106 |
| 16 | Chase Manhattan Bank USA<br>c/o JPMorgan Chase Bank, National Association. |
| 17 | Attn: President<br>1 Chase Manhattan Plaza |
| 18 | New York City, NY 10081 |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

**ALAN R. SOLOT**
**2701 E. Speedway STE 203**
**Tucson AZ 85716**

2